IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SCOTT L. WATTS,

    Plaintiff,

    vs.                                  Case No. 07-4032-SAC

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**ORDER**

    This matter is before the court on plaintiff's Application for Leave to File Action Without Payment of Fees, Costs or Security With Affidavit of Financial Status in Support (Doc. 2). After a review of plaintiff's application and incorporated affidavit, the court finds good cause exists to grant plaintiff's application. Therefore, plaintiff's Application for Leave to File Action Without Payment of Fees, Costs or Security With Affidavit of Financial Status in Support (Doc. 3) is hereby granted.

    The Clerk shall proceed with service of process.

    **IT IS SO ORDERED**.

    Dated this 8th day of March, 2007, at Topeka, Kansas.

                                                      s/ K. Gary Sebelius
                                                      K. Gary Sebelius
                                                      U.S. Magistrate Judge